JAMES MCADAMS and JO ANN
MCADAMS,

        Plaintiffs,

        v.

SHINDONG INDUSTRIAL CO. LTD.,

        Defendant.

Case No. 18-cv-2199-JPG-RJD

## MEMORANDUM AND ORDER

This matter comes before the Court on the amended motion to dismiss for lack of

personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) filed by defendant

Shindong Industrial Company Ltd. ("Shindong") (Doc. 28).   Plaintiffs James McAdams and Jo

Ann McAdams have responded to the motion (Doc. 41), and Shindong has replied to that

response (Doc. 42).

Following a preliminary review of the motion briefing, the Court finds that the evidence

strongly suggests that a substantial number of Shindong's products designed to be compatible

with Kioti tractors were sold in Illinois through Shindong's exclusive United States distributor,

Daedong-USA as part of the regular flow of business.   This is sufficient to establish a colorable

claim of personal jurisdiction, but the factual record on the issue is unclear.   Therefore, it is

necessary to allow limited discovery on the issue of personal jurisdiction.   *See Central States,*

*Se. & Sw. Areas Pension Fund v. Reimer Express World Corp.*, 230 F.3d 934, 946 (7th Cir.

2000) ("At a minimum, the plaintiff must establish a colorable or prima facie showing of

personal jurisdiction before discovery should be permitted.").

Accordingly, the Court **ORDERS** the parties to submit a proposed schedule for limited

jurisdictional discovery to Magistrate Judge Daly at RJDpd@ilsd.uscourts.gov within 14 days.

The plaintiffs shall have 30 days from the conclusion of this limited jurisdictional discovery to

file a supplemental response to Shindong's motion, and Shindong shall have 14 days from the

plaintiffs' supplemental response to file a supplemental reply brief.   The Court **RESERVES**

**RULING** on the motion to dismiss (Doc. 28) pending receipt of further briefing.

**IT IS SO ORDERED.**
**DATED:   June 25, 2019**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**