UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES MCADAMS and JO ANN MCADAMS,

Plaintiffs,

v.

SHINDONG INDUSTRIAL CO. LTD.,

Defendant.

Case No. 18-cv-2199-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having found it lacks personal jurisdiction over the defendant,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** November 26, 2019            **MARGARET M. ROBERTIE, Clerk of Court**

                                                                             **s/Tina Gray, Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**